1   PHILLIP A. TALBERT
    United States Attorney
2   VINCENZA RABENN
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:16-CR-00070-DAD-BAM-1

12                        Plaintiff,        STIPULATION AND ORDER TO
                                            CONTINUE SENTENCING HEARING
13              v.
                                            DATE: October 16, 2017
14  CESAR VARGAS DIAZ,                      TIME: 10 a.m.
                                            COURT: Hon. Dale A. Drozd
15                        Defendant.

16

17                               **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for sentencing on October 16, 2017.

21         2.     By this stipulation, defendant now moves to continue the sentencing until December 4,

22  2017 at 10 a.m.

23         3.     The parties agree and stipulate, and request that the Court find the following:

24         a)     Counsel for defendant desires additional time to prepare for sentencing and to

25  consult with Pretrial Services regarding counsel for defendant's informal objections to the

26  Presentence Investigation Report.

27         b)     Counsel for defendant believes that failure to grant the above-requested

28  continuance would deny her the reasonable time necessary for effective preparation, taking into

                                             1

1   account the exercise of due diligence.

2           c)      The government does not object to the continuance.

3       IT IS SO STIPULATED.

4   Dated:  October 5, 2017                        PHILLIP A. TALBERT
                                                   United States Attorney
5

6                                                  /s/ VINCENZA RABENN
                                                   VINCENZA RABENN
7                                                  Assistant United States Attorney

8

9   Dated:  October 5, 2017                        /s/ MARINA GONZALES
                                                   MARINA GONZALES
10                                                 Counsel for Defendant
                                                   CESAR VARGAS DIAZ
11

12                                      **ORDER**

13          The court has reviewed and considered the stipulation of the parties to continue the sentencing in

14  this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently

15  scheduled for October 16, 2017, is continued until December 4, 2017, at 10:00 a.m. in courtroom 5

16  before District Judge Dale A. Drozd.

17  IT IS SO ORDERED.

18      Dated:   **October 6, 2017**            _____
19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28