HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　　vs.<br><br>CESAR DIAZ,<br><br>　　　　　*Defendant.* | Case No.  1:16-cr-00070 DAD-BAM<br><br>**SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A to Defendant Cesar Diaz's Reply to government response to Emergency Motion for Compassionate Release shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

　Dated:　**September 2, 2020**　　　　　　　　_/s/ Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed] Sealing Order