HEATHER E. WILLIAMS, SBN #122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant-Appellant
Cesar Vargas Diaz

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>CESAR VARGAS DIAZ,<br><br>Defendant | 1:16-cr-00070 DAD-BAM<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Benjamin Gerson, Assistant Federal Defender in the Eastern District of California, appointed counsel for Defendant, Cesar Vargas Diaz, hereby move to withdraw as counsel. In support of this motion it is averred that:

1. On August 11, 2020, Mr. Diaz, through the office of the Federal Defender, filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Pursuant to General Order No. 595. Dkt. 76

2. On June 10, 2021, Mr. Diaz filed a timely notice of appeal. Dkt. 105.

3. On June 16, 2021, the Federal Defender moved to withdraw as counsel in the Ninth Circuit Court of appeals.

4. On July 20, 2021, the Ninth Circuit granted that motion, terminating the representation of the Federal Defender. *United States v. Diaz*, No. 21-10170 (9th Cir. Jul. 20, 2021)

5. For the above reasons, the appellant moves this Court for an order granting the undersigned counsel's motion to withdraw as counsel.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 8, 2021

*/s/ Benjamin Gerson*
BENJAMIN GERSON
Assistant Federal Defender
Attorneys for Defendant-Appellant
Cesar Vargas Diaz