**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

**Honorable Dale A. Drozd**
**United States District Judge**
**Sacramento, California**

**RE: Cesar Diaz**
**Docket Number: 0972 1:16CR00070-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY; AND ORDER**

Your Honor:

Cesar Diaz is requesting permission to travel to Rosarito, Mexico for a family vacation. Cesar Diaz commenced supervision on January 2, 2026, he has maintained employment, is currently compliant with his conditions of supervision and has no outstanding financial obligations. The probation officer respectfully requests that he be permitted to travel to Mexico on the dates mentioned below. He is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

If approved, he will be staying at [redacted].

**Conviction and Sentencing Date:** On December 4, 2017, Cesar Diaz was sentenced for violation of 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:** 152 months Bureau of Prisons, 60 months Supervised Release, mandatory drug testing, DNA collection.

**Dates and Mode of Transportation:** He will be traveling with his wife, Araseli Vargas, by vehicle, a black 2026 Chevy Tahoe, License #[redacted]. Dates of travel - October 26, 2026, through November 2, 2026.

**Purpose of Travel:** Family vacation

**Respectfully submitted,**

**Robert Garza**
**Probation Officer**

**Reviewed by,**

**Daniel Alejandro**
**Supervising United States Probation Officer**

**Dated:** September 28, 2026
Visalia, California
RG

**RE: Cesar Diaz**
**Docket Number: 0972 1:16CR00070-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY; AND ORDER**

---

**ORDER OF THE COURT**

**THE COURT ORDERS:**

☒ Approved ☐ Disapproved

IT IS SO ORDERED.

Dated: **September 29, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE